IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSEPH MARK PINKERTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-140 (MTT) |
| | ) |
| JOSEPH LEE LEONARDO, WERNER ENTERPRISES, INC., and ACE AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Plaintiff's Amended Complaint. (Doc. 18). In their Answer, the Defendants raise as a defense the Plaintiff's failure to follow Fed. R. Civ. P. 15(a). (Doc. 19). The Court notes, and appreciates, that the Defendants have not made too much of a fuss over the Plaintiff's failure to follow the Rules. They pointed out the problem but still answered rather than moving to strike. The Court suspects the Defendants would have consented to the amendment and, unless there is more to the amendment than meets the eye, the Court would have granted leave to amend.

However, blatant flouting of the Rules cannot be ignored. Accordingly, the Court construes the Defendants' Rule 15 defense as a Motion to Strike the Plaintiff's Amended Complaint. The Defendant rightly asserts that the Plaintiff was not at liberty to make amendments as a matter of course. Therefore, the Court **ORDERS** the

Plaintiff's Amended Complaint struck from the record.[1]  If the Plaintiff wishes to amend his original Complaint, he must, like all other litigants before this Court, comply with the Federal Rules of Civil Procedure.  Unless he is amending his Complaint within 21 days of serving it, or within 21 days of being served a responsive pleading or relevant Rule 12 motion, the Plaintiff cannot amend his Complaint without the opposing party's written consent or the Court's leave.  *See* Fed. R. Civ. P. 15(a).

**SO ORDERED**, this 14th day of December, 2012.

>                             S/ Marc T. Treadwell
>                             MARC T. TREADWELL, JUDGE
>                             UNITED STATES DISTRICT COURT

---

[1] Because this action renders moot the Defendants' responsive Answer (Doc. 19), it too is **ORDERED** struck from the record.